# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| MINH HUNG NGUYEN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>Respondent. | 5:26-cv-273 |

**ORDER**

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Respondent's Motion to Dismiss and to dismiss without prejudice Petitioner Minh Nguyen's ("Nguyen") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 11. Nguyen did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT as unopposed** Respondent's Motion to Dismiss and **DISMISS without prejudice** Nguyen's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow

this Court's Order. Dkt. Nos. 1, 6. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Nguyen *in forma pauperis* status on appeal.

**SO ORDERED**, this 23 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA